IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

LASTEVEN DEWAYNE FELDER, # 171338                         PLAINTIFF

VS.                              CIVIL ACTION NO. 5:22-cv-21-DCB-FKB

SHERIFF JAMES BRUMFIELD, ET AL.                          DEFENDANTS

ORDER ADOPTING REPORT & RECOMMENDATION

This MATTER is before the Court on Magistrate Judge Ball's Report and Recommendation ("Report") (ECF No. 23) concerning LaSteven Dewayne Felder ("Plaintiff")'s Complaint pursuant to 42 U.S.C. § 1983. Plaintiff is proceeding in forma pauperis and pro se. The Report was entered on August 8, 2023, and objections to it were due August 22, 2023. No party has filed an objection, and the time to do so has elapsed.

Judge Ball recommended that all of Plaintiff's claims against Defendant Casey Smith be dismissed with prejudice, and that Defendant Smith be formally dismissed as a Defendant in the matter. Judge Ball justified the recommendation by citing the Spears hearing, where Plaintiff moved to dismiss all claims against Defendant Smith.

After conducting a de novo review of the Report, the Court agrees with Judge Ball's recommendation. Accordingly, the Report

1

is ADOPTED and all of Plaintiff's claims against Defendant Smith is hereby DISMISSED with prejudice. It is further ORDERED that Defendant Smith is hereby DISMISSED as a Defendant in the present action.

   SO ORDERED, this 29th day of August, 2023.

<pre>
                              /s/ David Bramlette
                              DAVID C. BRAMLETTE
                              UNITED STATES DISTRICT JUDGE
</pre>