IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

LASTEVEN DEWAYNE FELDER,
#171338                                                                                              PLAINTIFF

VS.                                                          CIVIL ACTION NO.  5:22-cv-21-DCB-FKB

SHERIFF JAMES BRUMFIELD, ET AL.                                                    DEFENDANTS

## **REPORT AND RECOMMENDATION**

This action is brought pursuant to 42 U.S.C. § 1983 by LaSteven Dewayne Felder, an inmate

proceeding *in forma pauperis* and *pro se*.  Plaintiff has failed to respond in a timely manner to an Order to

Show Cause [26] entered by the undersigned in response to the return of the Report and Recommendation

[23].  *See* [24].  Moreover, the Order to Show Cause [26] was returned to the Court marked "Return to

Sender; Not Deliverable as Addressed; Unable to Forward" and "Return to Sender; Not Here."  *See* [27].

Another Order [25] was also returned with the same notations.  *See* [28].  Accordingly, the undersigned

recommends that this action be dismissed for failure to prosecute.  Fed. R. Civ. P. 41(b).

The parties are hereby notified that failure to file written objections to the proposed findings,

conclusions, and recommendation contained within this report and recommendation within fourteen (14)

days after being served with a copy[1] shall bar that party, except upon grounds of plain error, from

attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28

U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428-29 (5th

Cir. 1996).

RESPECTFULLY SUBMITTED, this the 23rd day of October, 2023.

/s/ F. Keith Ball                                          .
UNITED STATES MAGISTRATE JUDGE

---

[1] Where a document is served by mail, the party is considered to have been served on the date the document is
mailed by the Court.  *See* Fed. R. Civ. P. 5(b)(2)(C).