```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                          WESTERN DIVISION
```

LASTEVEN DEWAYNE FELDER, #171338                            PLAINTIFF

V.                              CIVIL ACTION NO. 5:22-cv-21-DCB-FKB

SHERIFF JAMES BRUMFIELD, et al.                            DEFENDANTS

### ORDER ADOPTING THE REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Ball's Report & Recommendation ("Report") [ECF No. 29], concerning Plaintiff's failure to prosecute this action and failure to comply with the Court's orders. The Report was entered October 23, 2023, and objections to it were due by November 6, 2023. No party has filed an objection, and the time to do so has elapsed.

Judge Ball recommended that the matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). Judge Ball cited Plaintiff's failure to comply with Court orders directing him to file a response in a timely manner, as well as a failure to keep the Court informed of Plaintiff's current address. [ECF No. 29]. Judge Ball had previously warned Plaintiff that the matter may be dismissed if he failed to comply with Court orders. [ECF No. 26].

After conducting a de novo review of the Report, the Court agrees with Judge Ball's recommendation. Accordingly, the Report

is hereby ADOPTED and Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE.

A Final Judgment shall be entered of even date herewith pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 9th day of November, 2023.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE